

# NUMBER 13-17-00394-CV
# NUMBER 13-19-00229-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

EDWARD L. KENNEDY, DIVERSIFIED
SITE-WORK, INC. AND WATER OAK
DEVELOPMENT GROUP, LLC.                          Appellants,

v.

SOUTHBROOK DEVELOPMENT
CORPORATION, WESLEY C.
ANDERSON, LACEY M. ANDERSON,
CALLUM R. COOK, KIMBERLY A.
COOK AND KEENON RAYNER,                          Appellees.

---

On appeal from the 410th District Court
of Montgomery County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Appellants Edward L. Kennedy, Diversified Site-Work, Inc., and Water Oak Development Group, LLC filed an appeal in appellate cause number 13-17-00394-CV from a judgment entered by the 410th District Court of Montgomery County, Texas.[1] On September 11, 2017, we abated the cause.[2] However, Diversified Site-Work, Inc. and Water Oak Development Group, LLC have filed a motion requesting to dismiss their appeal of the trial court's judgment. This appeal is hereby REINSTATED.

The appeal with respect to appellants Diversified Site-Work, Inc. and Water Oak Development Group, LLC is hereby SEVERED from cause number 13-17-00394-CV and placed into appellate cause number 13-19-00229-CV. The appeal with respect to appellant Edward L. Kennedy remains docketed under the original cause number 13-17-00394-CV and will proceed in due course.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
30th day of May, 2019.

---

[1] This case is before this Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

[2] We abated this cause because Diversified Site-Work, Inc. and Water Oak Development Group, LLC filed a petition for bankruptcy. However, the record shows that Edward L. Kennedy is not a party to that bankruptcy proceeding, and there is nothing in the record showing that he has filed for bankruptcy.